IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER,<br><br>      Plaintiff,<br>v.<br><br>SOL PRICE,<br><br>      Defendant,<br><br>- and -<br><br>PRICESMART, INC.,<br><br>      Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-296 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of (1) Plaintiff's First Set Of Interrogatories To Defendant Sol Price; (2) Plaintiff's First Set Of Document Requests To Defendant Sol Price; (3) Plaintiff's First Set Of Interrogatories To Defendant PriceSmart; and (4) Plaintiff's First Set Of Document Requests To Defendant PriceSmart, Inc. were served on March 15, 2005 in the manner indicated:

**(BY HAND)**        Lisa A. Schmidt, Esquire
                            Richards Layton & Finger
                            One Rodney Square
                            Wilmington, DE 19801

**(BY HAND)**        Todd Charles Schiltz, Esquire
                            Wolf Block Schorr and
                              Solis-Cohen LLP
                            Wilmington Trust Center #1001
                            1100 N. Market Street
                            Wilmington, DE 19801

PLEASE ALSO TAKE NOTICE that this Notice of Service was served electronically and by hand on March 15, 2005, as follows:

> Lisa A. Schmidt, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>
> Todd Charles Schiltz, Esquire
> Wolf Block Schorr and
>  Solis-Cohen LLP
> Wilmington Trust Center #1001
> 1100 N. Market Street
> Wilmington, DE 19801

/s/ Jeffrey S. Goddess
JEFFREY S. GODDESS (No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
   Attorneys for Plaintiff