IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-296 (SLR) |
| SOL PRICE, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| - and - | ) |
| | ) |
| PRICESMART, INC., | ) |
| | ) |
| Nominal Defendant. | ) |

### NOTICE OF SERVICE

I hereby certify that on March 18, 2005, two copies of *Defendant Sol Price's First Set of Interrogatories and Requests for the Production of Documents* were served on the following counsel of record in the manner indicated:

**By Hand Delivery**

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
Mellon Bank Center, Ste. 1401
Wilmington, Delaware 19899

Todd C. Schiltz, Esq.
Wolf Block Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

**By Federal Express**

Eduard Korsinksy, Esq.
Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

_____
Lisa A. Schmidt (DSBA No. 3019)
Michael R. Robinson (DSBA No. 4452)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
*Attorneys for Defendant Sol Price*