IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILTON PFEIFFER | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-0296-SLR |
| | : | |
| SOL PRICE | : | |
| Defendant, | : | |
| -and- | : | |
| | : | |
| PRICESMART, INC. | : | |
| Nominal Defendant. | : | |

**NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO DISCOVERY**

PLEASE TAKE NOTICE that on April 14, 2005, I caused true and correct copies of PriceSmart, Inc.'s Objections and Responses to Plaintiff's First Set of Document Requests and First Set of Interrogatories to be served on the below counsel of record by the manner indicated:

**Via Hand-Delivery**
Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street
Suite 1401
Wilmington, DE 19899

Lisa Schmidt, Esquire
Michael Robinson, Esquire
Richard, Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801

**Via First-Class Mail**
Jean-Marc Zimmerman, Esquire
Zimmerman, Levi, & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006

DSW:47331.1/TEA002-219765

                    WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: _____
     Todd C. Schiltz (#3253)
     Wilmington Trust Center
     1100 N. Market Street, Suite 1001
     Wilmington, DE 19801
     (302) 777-0312
     (302) 778-7812 (facsimile)
     Attorney for PriceSmart, Inc.

Dated: April 14, 2005

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Todd C. Schiltz, hereby certify that on April 14, 2005, a copy of the Notice of Service of PriceSmart's Objections and Responses to Plaintiff's First Set of Documents Requests and First Set of Interrogatories was served upon the following counsel of record:

<b><u>BY HAND DELIVERY</u></b>

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street
Suite 1401
Wilmington, DE 19899

Lisa Schmidt, Esquire
Michael Robinson, Esquire
Richard, Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801

**<u>BY FIRST-CLASS MAIL</u>**

Jean-Marc Zimmerman, Esquire
Zimmerman, Levi, & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006

_____
Todd C. Schiltz (#3253)

DATED: April 14, 2005

DSW:46867.1