IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER </br></br> Plaintiff, </br></br> v. </br></br> SOL PRICE </br></br> Defendant, </br></br> and </br></br> PRICESMART, INC. </br></br> Nominal Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 04-296 SLR </br> ) </br> ) </br> ) JURY TRIAL DEMANDED </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 14, 2005, two copies of the following were served upon the below-named counsel of record in the following manner:

1. Defendant Sol Price's Objections and Responses to Plaintiff's First Set of Document Requests; and

2. Defendant Sol Price's Objections and Responses to Plaintiff's First Set of Interrogatories.

| **BY HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Jeffrey S. Goddess, Esq. | Eduard Korsinksy, Esq. |
| ROSENTHAL, MONHAIT, GROSS | Jean-Marc Zimmerman, Esq. |
| & GODDESS, P.A. | ZIMMERMAN, LEVI & KORSINSKY, LLP |
| 919 N. Market Street, Suite 1401 | 39 Broadway, Suite 1440 |
| P.O. Box 1070 | New York, NY 10006 |
| Wilmington, DE 19899-1070 | |

RLF1-2861682-1

**PLEASE ALSO TAKE NOTICE** that this Notice of Service was served electronically and by hand on April 14, 2005, upon the following:

Jeffrey S. Goddess, Esq.
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

Todd C. Schiltz, Esq.
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center #1001
1100 N. Market Street
Wilmington, DE 19801

And by Federal Express upon the following non-registered participants:

Eduard Korsinksy, Esq.
Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Dated: April 14, 2005

_____
Lisa A. Schmidt (DSBA No. 3019)
Michael R. Robinson (DSBA No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
schmidt@rlf.com
robinson@rlf.com
*Attorneys for Defendant Sol Price*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the Notice of Service along with copies of Defendant Sol Price's Objections and Responses to Plaintiff's First Request for Production of Documents and Defendant Sol Price's Objections and Responses to Plaintiff's First Set of Interrogatories to the following:

Jeffrey S. Goddess, Esq.
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Todd C. Schiltz, Esq.
WOLF BLOCK SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

I further hereby certify that on April 14, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

Eduard Korsinksy, Esq.
Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

_____
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com

RLF1-2745855-1