IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, )<br>      Plaintiff, )<br>v. )<br>)<br>SOL PRICE, )<br>)<br>      Defendant, )<br>)<br>- and - )<br>)<br>PRICESMART, INC., )<br>)<br>      Nominal Defendant. )<br>) | C.A. No. 04-296 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff Milton Pfeiffer's Responses To Defendant Sol Price's First Set Of Interrogatories And Requests For The Production Of Documents And Things, and this Notice of Service was served by hand on April 26, 2005, as follows:

    Lisa A. Schmidt, Esquire
    Michael R. Robinson, Esquire
    Richards Layton & Finger
    One Rodney Square
    Wilmington, DE 19801

    Todd Charles Schiltz, Esquire
    Wolf Block Schorr and
     Solis-Cohen LLP
    Wilmington Trust Center #1001
    1100 N. Market Street
    Wilmington, DE 19801

                                         _____
                                         JEFFREY S. GODDESS (No. 630)
                                         Rosenthal, Monhait, Gross
                                            & Goddess, P.A.
                                         P. O. Box 1070
                                         Wilmington, DE 19899-1070
                                         (302) 656-4433
                                           Attorneys for Plaintiff