IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOL PRICE, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>PRICESMART, INC., )<br>)<br>Nominal Defendant. ) | C.A. No. 04-296 SLR |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Defendant SOL PRICE before a Notary Public or other officer authorized by law to administer oaths at the offices of Rosenthal, Monhait, Gross & Goddess, P.A., 919 North Market Street, Suite 1401, Wilmington, DE 19899-1070, to commence at 9:30 a.m., on June 17, 2005.

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

Jean-Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
(212) 363-7500
   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

        Lisa A. Schmidt, Esquire
        Michael R. Robinson, Esquire
        Richards Layton & Finger
        One Rodney Square
        Wilmington, DE 19801

        Todd Charles Schiltz, Esquire
        Wolf Block Schorr and
         Solis-Cohen LLP
        Wilmington Trust Center #1001
        1100 N. Market Street
        Wilmington, DE 19801

        /s/ Jeffrey S. Goddess
        JEFFREY S. GODDESS (No. 630)
        Rosenthal, Monhait, Gross
         & Goddess, P.A.
        Suite 1401, 919 Market Street
        P. O. Box 1070
        Wilmington, DE 19899-1070
        (302) 656-4433
        jgoddess@rmgglaw.com