IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT DELAWARE

| | | |
|---|---|---|
| MILTON PFEIFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SOL PRICE, | ) | |
| | ) | C.A. No. 04-296 SLR |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PRICESMART, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff will take the deposition upon oral examination, before a Notary Public or other officer authorized by law to administer oaths, of PRICESMART, INC. by deposing the nominee(s) of PriceSmart designated regarding the topics identified in Exhibit A attached hereto. The depositions(s) will take place at the offices of Rosenthal, Monhait, Gross & Goddess, P.A., 919 North Market Street, Suite 1401, Wilmington, DE 19899-1070 on June 16, 2005, commencing at 9:30 AM, and continuing from day to day until completed. The testimony will be transcribed by stenographic means.

Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

Jean-Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
(212) 363-7500
  Attorneys for Plaintiff

## EXHIBIT A

Pursuant to Fed. R. Civ. P. Rule 30(b)(6) you are directed to designate one or more officers, directors or other representatives having the requisite knowledge to testify as to the following:

1. The April Transaction.

2. The October Transaction.

3. The transaction on April 25, 2003 in which SDRC purchased 550 shares of PriceSmart Series A Preferred Stock from the Charitable Trust for $1,000 per share.

4. The transaction(s) on July 9, 2003, in which Affiliates of Price and his son Robert Price purchased 22,000 shares of PriceSmart Series B Preferred Stock for $22 million including the $5 million advance payment Price made on June 11, 2003.

5. The transaction in which PriceSmart and the Price Trust entered into an agreement granting PriceSmart the right to sell all or a portion of specified real property to the Price Trust at any time prior to August 31, 2004.

6. Transactions in which Price and/or any Affiliates sold or received PriceSmart securities in exchange for cash or any other consideration.

7. Transactions between PriceSmart and Price and/or any Affiliate.

8. Transactions between PriceSmart and the Charitable Trust.

9. Transactions between PriceSmart and the Price Trust

10. Transactions between PriceSmart and the SDRC.

11. The use of the Proceeds received by PriceSmart from any Affiliate.

12. The demand plaintiff issued to the board of directors of PriceSmart on or about December 12, 1003.

13. Any investigation by any regulatory body, including but not limited to the Securities Exchange Commission, concerning the purchase or sale of PriceSmart securities by PriceSmart.

14. Meetings of the Board of Directors of PriceSmart from January 1, 2003 through present.

15. All federal, state and city tax returns, annual reports, or any other document filed with any government entity by the PriceSmart for the years 2003 and 2004.

16. The general business operations and financial and tax reporting relating to PriceSmart.

### **DEFINITIONS**

For purposes of this Notice of Deposition, the following terms shall have the following meanings:

"PriceSmart" means PriceSmart, Inc.

"Price" means Sol Price.

"Charitable Trust" means the Price Family Charitable Trust.

"Price Trust" means the Sol and Helen Price Trust.

"SDRC" means the San Diego Revitalization Corporation.

"April Transaction" means the transaction that occurred in April 2003 in which the Charitable Trust sold 619,046 shares of PriceSmart common stock to SDRC at $16.12 per share.

"October Transaction" means the transaction that occurred in October 2003 in which the Price Trust purchased 330,000 shares of PriceSmart common stock from PriceSmart at $10.00 per share.

"Affiliate" means any corporation or other entity in which Price has an economic, executive, managerial, fiduciary, beneficiary, or directorship interest. This includes without limitation,

PriceSmart, the Charitable Trust, Price Trust and SDRC. "Affiliate" also includes any individual related to Price, including without limitation, Robert Price.

"Transactions" means the sale or purchase of PriceSmart securities by the specified individual(s) or entities.

    10.    "Proceeds" means money or other compensation received from selling PriceSmart securities.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Lisa A. Schmidt, Esquire
>Michael R. Robinson, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>
>Todd Charles Schiltz, Esquire
>Wolf Block Schorr and
> Solis-Cohen LLP
>Wilmington Trust Center #1001
>1100 N. Market Street
>Wilmington, DE 19801

/s/ Jeffrey S. Goddess
JEFFREY S. GODDESS (No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com