IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILTON PFEIFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No 04-296 (SLR) |
| SOL PRICE, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| PRICESMART, INC., | ) | |
| | ) | |
| Nominal Defendant | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 3, 2005 copies of Notice of Deposition of Milton Pfeiffer were delivered to the following attorneys of record in the manner and at the address indicated:

**BY HAND DELIVERY**

Jeffrey S Goddess, Esq.
Rosenthal, Monhait, Gross & Goddess, P A
919 N. Market Street, Suite 1401
P O. Box 1070
Wilmington, DE 19899-1070

Todd C. Schiltz, Esq.
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

**BY FEDERAL EXPRESS & EMAIL**

Eduard Korsinksy, Esq.
Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

Dated: June 3, 2005

/s/ Michael R. Robinson
Lisa A. Schmidt (DSBA No. 3019)
Michael R. Robinson (DSBA No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Schmidt@rlf.com
Robinson@rlf.com

*Attorneys for Defendant Sol Price*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered copies of the Notice of Service along with copies of Notice of Deposition of Milton Pfeiffer to the following:

Jeffrey S. Goddess, Esq.
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Todd C. Schiltz, Esq.
WOLF BLOCK SCHORR AND SOLIS-
COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

I further hereby certify that on June 3, 2005, I have sent by email and Federal Express, the document(s) to the following non-registered participants:

Eduard Korsinksy, Esq.
Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006

_____
Michael R. Robinson (#4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
robinson@rlf.com