IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-296 (SLR) |
| ) | |
| SOL PRICE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| - and - ) | |
| ) | |
| PRICESMART, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED among the parties in this action, through their respective counsel, that the current schedule with respect to fact and expert discovery, as set forth in the Scheduling Order (D.I. 24), is extended an approximate forty-five (45) days, more particularly as follows:

1. Fact-witness discovery shall be completed by August 15, 2005.

2. The time for the parties to identify experts is extended through and including September 15, 2005, and any expert reports under Rule 26(a)(2) are due at the time that designation is made.

3. The time for the parties to identify rebuttal experts is extended through and including October 17, 2005, and any rebuttal reports under Rule 26(a)(2) are due at the time that designation is made.

RLF1-2893577-1

| | |
|---|---|
| OF COUNSEL: | /s/ *illegible signature* |
| | Joseph A. Rosenthal (DSBA No. 234) |
| Jean-Marc Zimmerman, Esq. | Jeffrey S. Goddess (DSBA No. 630) |
| ZIMMERMAN, LEVI & | Rosenthal, Monhait, Gross |
|   KORSINSKY, LLP |   & Goddess, P.A. |
| 39 Broadway, Suite 1440 | 919 N. Market Street, Suite 1401 |
| New York, NY 10006 | P.O. Box 1070 |
| (212) 363-7500 | Wilmington, DE 19899-1070 |
| | (302) 656-4433 |
| Dated: June 30, 2005 | *Attorneys for Plaintiff Milton Pfeiffer* |

/s/ Todd C. Schiltz
Todd C. Schiltz (DSBA No. 3253)
Wolf Block Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Phone: (302) 777-5860

Dated: June ___, 2005        *Attorneys for Nominal Defendant PriceSmart, Inc.*

/s/ Lisa A. Schmidt
Lisa A. Schmidt (DSBA No. 3019)
Michael R. Robinson (DSBA No. 4452)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Schmidt@rlf.com
Robinson@rlf.com

Dated: June 30, 2005        *Attorneys for Defendant Sol Price*

## ORDER

Based on the foregoing stipulation, and good cause appearing therefor, IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that on June 30, 2005, a copy of the Stipulation and Order was served upon the following counsel of record:

### BY E-FILE

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street
Suite 1401
Wilmington, DE 19899

Lisa Schmidt, Esquire
Michael Robinson, Esquire
Richard, Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801

### BY FIRST-CLASS MAIL

Jean-Marc Zimmerman, Esquire
Zimmerman, Levi, & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006

/s/ Todd C. Schiltz (#3253)

DATED: June 30, 2005

WIL:53071.1