IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, | ) |
|         Plaintiff, | ) |
| v. | ) |
| SOL PRICE, | ) Civil Action No. 04-296 (SLR) |
|         Defendant, | ) |
| - and - | ) |
| PRICESMART, INC., | ) |
|         Nominal Defendant | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED among the parties in this action, through their respective counsel, that the current schedule with respect to fact discovery, as set forth in the Scheduling Order (D.I. 24), is extended so that Fact-witness discovery shall be completed by September 9, 2005.

OF COUNSEL:

Jean-Marc Zimmerman, Esq
ZIMMERMAN, LEVI &
  KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006
(212) 363-7500

Dated: August 15, 2005

/s/ Joseph A. Rosenthal
Joseph A. Rosenthal (DSBA No. 234)
Jeffrey S. Goddess (DSBA No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

*Attorneys for Plaintiff Milton Pfeiffer*

RLF1-2911065-1

|  |  |
|---|---|
|  | /s/ Todd C. Schiltz<br>Todd C. Schiltz (DSBA No. 3253)<br>Wolf Block Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Phone: (302) 777-5860 |
| Dated: August 15, 2005 | *Attorneys for Nominal Defendant PriceSmart, Inc.* |
|  | /s/ Michael R. Robinson<br>Lisa A. Schmidt (DSBA No. 3019)<br>Michael R. Robinson (DSBA No. 4452)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 651-7700<br>Schmidt@rlf.com<br>Robinson@rlf.com |
| Dated: August 15, 2005 | *Attorneys for Defendant Sol Price* |

## ORDER

Based on the foregoing stipulation, and good cause appearing therefor, IT IS SO ORDERED this _____ day of August, 2005

_____
United States District Court Judge