### RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION

ONE RODNEY SQUARE

P.O. BOX 551

MICHAEL R ROBINSON

WILMINGTON, DELAWARE 19899

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

DIRECT DIAL NUMBER

302-651-7767

ROBINSON@RLF COM

August 15, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:    **Pfeiffer v. Sol Price and PriceSmart, Inc.., C.A. No. 04-296-SLR**

Dear Chief Judge Robinson:

I represent defendant Sol Price in the above-captioned action. Enclosed is a proposed order, agreed to by all the parties in this action, which would extend the time period for completing discovery by 25 days  The parties continue to be actively engaged in settlement discussions and believe that allowing for this requested extension will help facilitate those discussions

Therefore, on behalf of all the parties, we respectfully request that Your Honor approve and enter the enclosed stipulated order extending the time deadlines in this action

Respectfully submitted,

Michael R Robinson
(Del  Bar #4452)

MRR:mr
Enclosure
cc:    Clerk of the Court (by hand delivery)
       Lisa A  Schmidt, Esq (by hand delivery)
       Jeffrey S  Goddess, Esq  (by email)
       Todd C  Schiltz, Esq  (by email)
       Jean-Marc Zimmerman, Esq  (by email)
       Simon Lorne, Esq  (by email)