## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 04-296-SLR |
| SOL PRICE, | : |
|     Defendant, | : |
| and | : |
| PRICESMART, INC., | : |
|     Nominal Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **August, 2005**,

IT IS ORDERED that the teleconference scheduled for Tuesday, August 23, 2005 at 9:30 a.m. and the mediation conference scheduled for Friday, September 23, 2005 at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE