ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

October 24, 2005

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

> RE: **Pfeiffer v. Price and PriceSmart, Inc.**
> **C.A. No. 04-296 SLR**

Dear Chief Judge Robinson:

I am enclosing a copy of plaintiff's Brief filed today in support of the proposed settlement of this action and an award of attorneys' fees and expenses. A copy of the Stipulation Of Settlement executed by the parties' counsel is Exhibit 1 to the Brief.

This action is brought under Section 16(b) of the Securities Exchange Act of 1934. As set forth in the Brief, at pp. 16-17, the settlement in such an action is not subject to the provisions of Fed.R.Civ.P. 23.1. Also, a formal presentation of the proposed settlement might unnecessarily burden Your Honor's busy schedule because a hearing would simply entail oral iteration of the points fully articulated in the Brief. This procedure was followed upon the settlement of at least three earlier Section 16(b) cases in this district, one before Your Honor. Those cases are cited in the Brief, at p. 16.

Accordingly, I am also enclosing for Your Honor's consideration a proposed Order in the form which was agreed upon here, which also is attached at Ex. A to the Stipulation Of Settlement.

October 24, 2005
Page 2

Of course, notwithstanding the foregoing, if Your Honor wishes to hear counsel, we are available at the convenience of the Court.

Respectfully yours,

Jeffrey S. Goddess

JSG/cmw
Enclosure
cc:   Lisa A. Schmidt, Esquire (Via electronic filing/hand delivery)
      Todd C. Schiltz, Esquire (Via electronic filing/hand delivery)
      Jean-Marc Zimmerman, Esquire
      Clerk, U.S. District Court (By Hand)