IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-296 (SLR) |
| SOL PRICE, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| - and - | ) |
| | ) |
| PRICESMART, INC., | ) |
| | ) |
| Nominal Defendant. | ) |

**FINAL ORDER AND JUDGMENT**

Upon consideration of the Stipulation and Agreement of Settlement and Release (the "Stipulation") submitted to this Court by the parties to the above referenced action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED this 25th day of October, 2005, that:

1. The Settlement of the Action in accordance with the terms and conditions of the Stipulation is approved as adequate, reasonable and fair to PriceSmart; and the parties hereto are directed to consummate the Settlement in accordance with the terms and provisions contained in the Stipulation.

2. The Action is dismissed with prejudice and on the merits against Plaintiff and PriceSmart itself, each party to bear its own costs, except as provided in Paragraph 4 below. Sol Price ("Mr. Price"), his executors, administrators, representatives, agents, attorneys, successors, assigns, and affiliates, hereby are released and discharged from all claims, known or unknown,

RLF1-2892539-2

arising under or relating to Sections 10(b) and 16(b) of the Securities Exchange Act of 1934, as amended, 15 U S.C § 78p(b), the facts and circumstances alleged in the Complaint filed in the Action, or the purchase of stock made pursuant to this Settlement (taken by itself or in conjunction with any other prior or subsequent transaction involving a purchase or sale or deemed purchase or deemed sale of PriceSmart securities), including any claim for attorneys' fees, interest and costs (collectively, the "Released Claims") by Plaintiff and his executors, administrators, representatives, agents, attorneys, successors and assigns, and by PriceSmart itself and PriceSmart's past and present parent corporations, subsidiaries and affiliates, and Plaintiff's, and PriceSmart's predecessors, successors and assigns (and any person claiming by, through, in the right of, or on behalf of them by subrogation, assignment or otherwise). The release of the Released Claims shall not preclude the right of the parties to enforce the terms of the Settlement Agreement.

3. Plaintiff and PriceSmart are barred and enjoined from commencing or prosecuting any action in any forum asserting any Released Claims, derivatively or in any other capacity.

4. Plaintiff's counsel are awarded attorneys' fees and reimbursement of expenses in the amount of $ 125,000.00, which sum the Court finds to be fair and reasonable and which shall be paid by PriceSmart in accordance with the terms of the Stipulation.

5. Without affecting the finality of this Final Order and Judgment in any way, this Court reserves jurisdiction over all matters relating to the administration and consummation of the Settlement.

                                                     *[signature]*
                                                     Hon. Sue L Robinson, U.S.D.J.